# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Kirby-Smith Machinery, Inc. ) ASBCA Nos. 60853, 61153
)
Under Contract No. W56HZV-06-D-0167 )

APPEARANCES FOR THE APPELLANT: John J. Griffin III, Esq.
Michael A. Furlong, Esq.
Hartzog Conger Cason & Neville, LLP
Oklahoma City, OK

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 7 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60853, 61153, Appeals of Kirby-Smith Machinery, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals